# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH A. EVERETT a/k/a<br>RUTH A. BOWMAN, | : |
| Plaintiff | :    CIVIL ACTION NO. 3:11-0926 |
| v. | : |
| UNITED OF OMAHA LIFE<br>INSURANCE COMPANY, | :    (JUDGE MANNION) |
| Defendant | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's objections to the report of the magistrate judge, **(Doc. No. 21)**, are **SUSTAINED** to the extent that the defendant argues that waiver was improperly applied in this action;

**(2)** the court declines to adopt the report of the magistrate judge, **(Doc. No. 20)** on this basis;

**(3)** the defendant's motion for summary judgment, **(Doc. No. 8)**, is **GRANTED**; and

**(4)** the Clerk of Court is directed to enter summary judgment in favor of the defendant.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 9, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-0926-01-ORDER.wpd